UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-43-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRONE MAURICE WILLIAMS | ) | |

Upon motion of the Government and for good cause shown, the motion to dispose of evidence is hereby GRANTED. The New Bern Police Department is authorized to dispose of any and all evidence retained in this matter pursuant to department regulations.

This the _24_ day of _November_, 2015.

_/s/ Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge