UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-43-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRONE MAURICE WILLIAMS | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 60 be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the  4th  day of   May  , 2017.

_____
LOUISE W. FLANAGAN
United States District Judge